IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LARRY G. PHILPOT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 20-2273-DDC-GEB |
| | ) |
| **REVOLVY, LLC,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE AND ORDER TO SHOW CAUSE

The complaint in this copyright case was filed on May 29, 2020, making the 90-day service deadline under Fed. R. Civ. P. 4(m) expire on August 27, 2020. By that deadline, the docket reflected issuance of summons but no return on service, so the Court contacted Plaintiff's counsel by email on August 31, 2020, to inquire regarding the status of this case. (Email dated August 31, 2020, maintained in Chambers file.) Following that communication, Plaintiff filed a motion for extension of the service deadline (ECF No. 4), which was granted by the undersigned. (Order, ECF No. 5.) The service deadline was extended to November 25, 2020. (*Id.*)

When no return of service was filed by the new deadline, the Court again contacted Plaintiff's counsel by email on December 4, 2020. In this email communication, the chambers of the undersigned U.S. Magistrate Judge informed counsel that, if no informal status report were received or documents were filed on the

Court's docket to indicate the status of service, the undersigned would proceed with a show cause order. (Email maintained in Chambers file.)

The docket does not reflect that Defendant Revolvy, LLC has been served with summons and the complaint as required by Fed. R. Civ. P. 4(m), and the undersigned has received no response to the informal email communication as of the date of this Order.

Therefore, the Court orders Plaintiff to show cause in writing to the Honorable Daniel D. Crabtree, United States District Judge, on or before **December 23, 2020**, why this case should not be dismissed with prejudice for lack of prosecution under Fed. R. Civ. P. 41(b).

IT IS SO ORDERED

Dated this 11th day of December, 2020.

                                          s/ Gwynne E. Birzer
                                          GWYNNE E. BIRZER
                                          United States Magistrate Judge